United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12149-djb |
|---|---|
| Bernard Anthony Winston | Chapter 13 |
| Bernard Anthony Winston | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernard Anthony Winston, 5710 Nasau Road, Philadelphia, PA 19131-3430 |
| db | + | Bernard Anthony Winston, Mailing Address, PO BOX 6353, Philadelphia, PA 19139-6353 |
| 14717071 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14717081 | + | Litagation Practice Group, PO Box 513018, Los Angeles, CA 90051-1018 |
| 14717085 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14717087 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14717088 | + | Social Security Administration, 7959 Bustleton Avenue, Philadelphia, PA 19152-3388 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14717069 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 20 2026 01:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14724129 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 20 2026 01:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14717073 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14722903 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14717070 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14717072 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:04:15 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14717074 | + Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14717075 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2026 02:03:26 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14717082 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:04:15 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14718228 | Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| 14717076 | + Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14717077 | Email/Text: bankruptcycourts@equifax.com | Mar 20 2026 01:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14717078 | ^ MEBN | Mar 20 2026 01:42:54 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14717079 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2026 01:45:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14717080 | ^ MEBN | Mar 20 2026 01:44:03 | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14724877 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717083 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 20 2026 01:45:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14726022 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 20 2026 01:45:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14717084 | + Email/Text: bankruptcynotices@psecu.com | Mar 20 2026 01:46:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14725704 | + Email/Text: bankruptcynotices@psecu.com | Mar 20 2026 01:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14717086 | + Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14717091 | Email/Text: bankruptcy@sunbit.com | Mar 20 2026 01:45:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 14714185 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14717090 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14717089 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:23 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14717092 | Email/Text: DASPUBREC@transunion.com | Mar 20 2026 01:45:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14722662 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 20 2026 02:04:13 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                          Total Noticed: 36

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernard Anthony Winston help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)–doc 41 – 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Bernard Anthony Winston | ) | Case No. 22–12149–djb |
| | ) | |
| | ) | |
| Bernard Anthony Winston | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026

For The Court

Mohung Wong
Clerk of Court